# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| HARLAN BRADLEY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO 19-0027-CG-MU |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIM ACTION 18-00010-CG-MU |
| | ) | |
| Respondent | ) | |

## ORDER

After due and proper consideration of all portions of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 13, 2020, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 8th day of May, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE