# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HARLAN BRADLEY, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 19-0027-CG-MU |
| | ) |
| UNITED STATES OF AMERICA, | ) CRIM ACTION 18-00010-CG-MU |
| | ) |
| Respondent | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's rights were not violated in this cause and that his motion to vacate, set aside or correct his sentence (Doc. 61), as twice amended (Docs. 66 & 73), is due to be, and hereby is, **DENIED**.   Bradley is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this 8th day of May, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE