IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARLAN BRADLEY, JR., | ) |
| | ) |
| Petitioner, | ) CIV. A. NO. 23-470-CG-MU |
| vs. | ) CRIM. NO. 18-10-CG-MU |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This action is before the Court on the Report and Recommendation entered June 5, 2024, wherein the Magistrate Judge recommended that Petitioner Harlan Bradley Jr.'s motion to vacate pursuant to 28 U.S.C. § 2255 be dismissed without prejudice for failure to comply with 28 U.S.C. § 2244(b)(3)(A) and § 2255(h) (Doc. 89).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, Bradley's motion to vacate is **DISMISSED without prejudice**. Bradley is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE** and **ORDERED** this 3rd day of July 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE