IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARLAN BRADLEY, JR., ) | |
| ) | |
| Petitioner, ) | CIV. A. NO. 23-470-CG-MU |
| vs. ) | |
| ) | CRIM. NO. 18-10-CG-MU |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner Harlan Bradley Jr.'s motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 151) is summarily **DISMISSED without prejudice** due to Bradley's failure to comply with 28 U.S.C. §§2244(b)(3)(A) and 2255(h).

Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE** and **ORDERED** this 3rd day of July 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE